979 A.2d 845

Alexander BROWN, Petitioner

v.

COMMONWEALTH of Pennsylvania and Philadelphia Municipal Court, Respondents.

No. 100 EM 2009.

Supreme Court of Pennsylvania.

Aug. 19, 2009.

## ORDER

PER CURIAM.

AND NOW, this 19th day of August, 2009, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED**. *See Commonwealth v. Reid*, 537 Pa. 167, 642 A.2d 453, 462 (1994) (hybrid representation improper). The Prothonotary is directed to forward these filings to counsel of record. *See* MC–51–CR–0052025–2007.